Gmail

**Daniel Thompson <danielthompsonattorney@gmail.com>**

---

## Discovery re: Marcus Tate

---

**Peel, Kristina (USAKYE)** <Kristina.Peel@usdoj.gov>                    Thu, May 20, 2021 at 12:54 PM
To: "danielthompsonattorney@gmail.com" <danielthompsonattorney@gmail.com>

Good afternoon!

The discovery pertaining to your client, Marcus Tate, is now completed and I plan on FedEx'ing it to you today. As such, will you please confirm the address for shipping as:

207 East Reynolds Rd, Suite 250

Lexington, KY 40517

Thank you!

Kristina Peel

Legal Assistant

U.S. Attorney's Office | Eastern District of Kentucky

260 W. Vine Street #300 | Lexington, KY 40507-1612

TEL : 859-685-4879

Limited Official Use

The information contained in this email message is legally privileged information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately call me at (859) 685-4879 and delete the original email from your computer. Thank you.

**EXHIBIT A: Email from Kristina Peel to Daniel Thompson, 5-20-21**