Miller: Today's date is December 14th. The time is. December 14th 2017.  The time is approximately 18 (inaudible) hours. This is Detective Craig Miller with the Kentucky State Police.  Also present is Detective Bill Collins of the Kentucky State Police.  Can you say your name for me sir?

Tate: Marcus Tate

Miller: You told me your name inside.  Did I explain to you that we had a search warrant for your house?

Tate: Yes.

Miller:  Ok.  You have not been placed under arrest?

Tate:  Ok.

Miller:  Have I told you you was under arrest?

Tate: No sir.

Miller:  Did I drag you out here to the van?

Tate:  No sir.

Miller:  I asked if you would like to come out here and talk in private about why we were at your house?

Tate:  You did.

Miller:  How if you wanted to get out of the van, how would you get out of it?

Tate:  What do you mean?

Miller:  Like if you wanted to quit talking and didn't want to talk to me anymore, how would you get out of the van?  Is the, like, how did you open the, did you open the van door for me to get in?

Tate:  Yes sir.

Miller:  So if you wanted to leave then how would you get out of the van?

Tate:  I would ask to leave and open the door.

**EXHIBIT F: TRANSCRIPT OF RECORDED STATEMENT FROM DEFENDANT ON 12-14-2017**

Miller:  Ok.  And I told you.  I'm just making, more or less I'm saying all of that to let you know you are not under arrest.

Tate: Yes sir.

Miller: Anytime you want to quit talking

Tate:  Mmm hmm.

Miller: You don't even have to talk if you don't want to.

Tate: Yes sir.

Miller:  But if you don't want to talk, sir, don't want to answer any more questions, open the door, we're done.

Tate:  I just want to cooperate and help out in any way I can.

Miller:  I understand that.  You may remain silent.  Anything you do say may be used against you in court or any other proceedings.  You have the right to consult an attorney before you make any statement or answer any questions and you may have your attorney with you during the questioning.  You may request the court to appoint an attorney for you if you cannot afford to hire one.  You may stop the questioning at anytime by refusing to answer any further questions, or by requesting a consultation with your attorney. Do you understand your rights Mr. Tate?

Tate:  I do.

Miller:  Would you still like to speak with me, with knowing them?

Tate: Umm, I'll cooperate.

Miller:  Ok.  Alright.  And what's your full name again?

Tate:  Marcus Isaiah Devon Tate.

Miller:  Ok. And what is your address here?

Tate:  242 Landings Drive, Frankfort, KY 40601.

Miller:  How long have you lived here?

Tate: Uh, its been a year and two months.

Miller:  A year and two months?  Is this an alright place, neighborhood?  I've never been over here on this side of town or anything.

Tate:  There is some sketchiness, but umm, there has not been any break-ins. . .

Miller:  You have not had any issues yourself over here?

Tate:  No.

Miller: Ok.  Does anybody live with you?

Tate: Carlos Sands.

Miller:  How long has Carlos lived with you?

Tate:  Um, Carlos moved in in May.  Umm. And he's been with me since May.

Miller:  Since since May? Ok.  How do you, how do you and Carlos know each other?  Are y'all just kind of friends?

Tate:  Yeah, we're really good friends.  Umm.  He came from a really broken background and needed some help and support.  So he now works and we go half half on bills.

Miller:  Ok.  Alright.  Its good to have a roommate, someone to help out on the bills.

Tate:  Yes.

Miller: I mean, it helps out a lot. It really does.  Uhh, what internet do you have here at your house?

Tate:  Uhh, Frankfort Plant Board.  That's the service that we use for internet, electricity and everything.

Miller:  Have you had, have you had internet at your house ever since you moved in?

Tate:  Umm, yes I have.

Miller.  Ok.  Alright. They uhhh, has anybody ever come over to visit you and Carlos?

Tate:  I don't know if he had someone over when I am not here.  I don't think he does.  But as far as friends, we've just had three friends that have come over and visit and uhhh. . .

Miller:  Did they stay for a long period of time?  Or was it just kind of like come over have dinner, watch a movie and leave . .

Tate:  Yeah, come over, that's it.

Miller:  And you primarily work day shift?

Tate:  Yes sir.

Miller:  What shift does Carlos normally work?

Tate:  Carlos usually works day shift as well.  He umm, he does a 5 to 2, 6 to 2.  I do uh you know 8 to 4 or 5.

Miller:  Ok.  Pretty good schedules.  Got weekends off?

Tate:  Yes.

Miller.  That's good too.  Holidays off?

Tate:  Yes.

Miller:  Ok. Alright. Good deal.  They umm so you haven't not had anybody in the last little bit come and stay for a long period of time?

Tate:  No.  We had one friend that was in a crisis.  Umm, he stayed for a partial night until he had family or someone come pick him up.  But it was a domestic thing.

Miller:  Ok. I understand.  They, have you ever given your wifi password out to any of your neighbors?

Tate:  No.  But umm like I said, I have discovered, you know, some people, I had to kick some people off my internet so I don't know if they can trace it and break the code.  But I haven't given it to anyone.

Miller:  Ok.

Tate:  It was just Carlos and I.

Miller:  What is the password to your internet at your house?

Tate:  Its, well, ummm, get connected.

Miller:  Get connected?

Tate:  Mmmhmm.

Miller: Ok.  Alright.  Any uppercase letters or all lowercase letters. . .

Tate:  All lower case.

Collins:  Was that set by you or was that set by the cable company?

Tate:  By me.  They gave me this long letter digital thing and I just changed it to something that if I had company come over I could easily give them easily my password.

Miller:  But what I'm saying is, like, you have not talked to your neighbors and said hey I'll give you the wifi password if you'll split the internet bill or anything?

Tate:  No. No.  Just Carlos and I.  And I mean like if we had a friend over and they are wanting to do something with their phone, you know, I'll give them the connection, but outside of that no I haven't voluntarily given my password to anyone.

Miller:  Ok.  What all electronics do you have in the house?

Tate:  I have a Xbox 360.  An Xbox One.  The Xbox 360 is upstairs, Xbox One is downstairs.  I have a Apple I-Pad.  I have a Apple I-Phone X.  Umm, Carlos has the Samsung S, Galaxy S Plus.  I have a umm little Lenova laptop.  Carlos has a uhh Chromebook.  It's not name brand Chromebook, but it's the same thing I think its Lenova as well.  And then TV's.  We have uhh two 32 inches, and one 50 inch

Miller:  Ok.  Alright.  Is that smart TV's I guess? You watch Netflix and stuff on?

Tate: Yeah.

Miller: Ok. So they can connect to the internet as well?

Tate: Yeah.

Miller: Ok. Does Carlos ever use any of your electronics?

Tate:  Other than the TVs, ummm, no.  He's really private with his. . .

Miller:  Ok.

Tate: With his phone. Umm, and he's private with his Chromebook. So he's kind of to himself. But no, I don't think he does mess with anything that is mine.

Miller:  Ok. Have you ever, is like your Lenovo, is it password protected or anything?

Tate:  Yeah, my, uhhh, my little laptop is protected.

Miller:  Does he know the password to your laptop?

Tate:  Yes.

Miller Ok. He does?

Tate:  Mmhmm.

Miller: Ok.  Umm, you know I'm just going to cut to, do you ever use any programs that you download movies and music with?

Tate:  Yeah.

Miller:  What kind of programs do you use?

Tate: What do I have?  We have Stars.  That's an app. We have, umm, Netflix, Hulu, as far as downloading that's about it.

Miller:  That would be streaming.  Whenever I mean downloading, what I'm talking about is programs like, you would physically install on your computer and maybe you would do search, like if you wanted to listen to Garth Brooks you would type in Garth Brooks and file names would pop up.  Then you would select whatever song associated with Garth Brooks or who, whatever kind of music you like. . .

Tate:  Like I-Tunes?

Miller:  I-Tunes?  No. It's kind of like I-Tunes but it's a free version.

Collins:  How old are you?

Tate:  34

Collins: You're 34.  You've been around long enough, I'm 49 so I'm not as tech savy as some of the younger guys and I know you are extremely intelligent because just before we got into the van we were talking about you're a pastor at a church.

Tate:  Yeah

Collins:  You're doing therapeutic things now.  I didn't ask you about your education but I can tell you are intelligent and you're well educated.

Tate:  Yes sir.

Collins:  So, with that said, have you done, back in, years ago people would do things to download music instead of buying CDs.  You go up and get music.  You download it, use whatever program you choose to do that.  That's the kind of things we are talking about.  Do you have any kind of programs where you are going, I could care less if you get movies that are at the theaters because you don't want to rent them.

Tate:  Mmmhmm.

Collins:  I could care less if you are doing pirate movies or pirate music, but you, what kind of activities. . .

Tate:  No pirate movies. I don't, I don't do that stuff.  I don't download shows.  The only thing I would do is apps.  Starz, Netflix, what else.  Hulu and stuff like that, streaming.  Downloading. . .

Collins:  If your computer tore up right now, would you know how to fix it?

Tate:  No.

Collins:  Have you ever taken one apart?

Tate:  No.

Collins:  So if your internet quits working, who figures out what is wrong with it, you or Carlos?

Tate:  Umm, the internet I've had to unplug it and replug it because its gotten slow or stopped.  But umm as far as, probably more tech savy?  Umm, I would probably say Carlos is.  I mean, he's, he's a younger guy.  He's into all this stuff.  Me, I'm old school. I, ummm. . .

Collins:  Well let me ask you this.  We are not going to judge you.  I could care less what your lifestyle is.  We are into illegal activities.

Tate:  Ok.

Collins:  If what you are doing in your life on a normal basis is not illegal, I could care less.

Tate:  Mmmhmm.

Collins:  Detective Miller could care less.

Tate:  Mmmhmm.

Collins:  Are you and Carlos in a relationship or are you just roommates?

Tate:  Well, we're, we're working on it. Umm, if you're asking my sexuality, I am bi-sexual.

Collins:  And I'm not judging you for that. I want you to understand, you can be completely honest with us.  Because I will not judge you for that, or anything you say in here.

Tate:  Carlos on the other hand, he is, you know, one hundred percent gay.

Collins:  And I'm trying to figure out here what the dynamic is of your alls relationship here.  So, on a level of trust, where would you put your level of trust towards, if someone is going to do

something that is an illegal activity, who would that be?  Are you saying that it's not you and more likely it would be Carlos?

Tate:  No, I don't, I don't think, Carlos would do anything illegal.  He's . . .

Collins:  Let me ask you this.  If you were going to watch porn on the internet, and we all watch porn on the internet.

Tate:  Mmmhmm.

Collins: Who goes and finds it?  Would it be you look it up and say look at this or Carlos?

Tate:  Umm, he called me earlier today.  And, umm, he was checking out the new app on the, the, would do you call it?  Roku.  Which is Pornhub.  And umm, he was asking me, telling me about the stuff he was streaming, but I mean, when it comes to pornography, him and I, he, we, we, we would watch some things.  To give us ideas, creative ideas.  But as far as, you know, indulging in that stuff when I am not around, he doesn't seem like that kind of person.

Collins:  So y'all would use that more as like a foreplay, or lets get this relationship into the mood.  Let's watch this.

Tate:  Yeah.

Collins:  Have you seen him, or seen things that you thought, you know I'm kind of worried about that, that's not something I want to see?

Tate:  Nope.  I have not.  I mean.  Stuff, the extremity would be, urinating, golden showers they call it, I'm not into that stuff.

Collins:  Yeah.

Tate:  Umm but outside of that, no.

Collins:  Not beastiality you haven't seen anything like that?

Tate:  No.

Miller:  I'm sorry go ahead Bill.

Collins:  What is the youngest person you think you have seen in pornography?

Tate:  Youngest person?  Ummm,

Collins:  Because I want you to . . .

Tate:  18 is the youngest that Pornhub and, what's it called, Hamster, umm, 18.  Yeah.

Collins:  Have you ever seen pornography that you thought, that kid, that doesn't look like an adult it looks like a kid?

Tate:  Yeah. There is a lot of that.  I mean, its questionable.  But I figure they wouldn't put stuff on these apps, you know, if it was illegal, if they were under age. I mean, I could be wrong.

Miller:  Well, what would you'all view that on, whenever you viewed pornography together, what would you view it on?

Tate:  Umm, it would be bedroom TV.

Collins:  It's a smart TV?

Tate:  The TV isn't smart but I have a Roku box connected to it.

Collins:  Ok, uhh, we do internet crimes against children.

Tate:  Children?

Collins:  We investigate crimes that happen on the internet that is facilitated either by the internet or some kind of digital media, that involves kids.  And it's that activity that has brought us to your house today.  And so we are trying to figure out, umm, you know, is it you? Is it Carlos? Umm, is it both of you?  Did you do something, you know Detective Miller said something earlier about. . . and we have people looking at your router, to see if your connection, to see if anybody, to see if there is any kind of way, breach things that we need to worry about.  But, but, with that said, if we were to look, if I were to ask you that question, could you say that you are not doing that activity?

Tate:  I'm not exploiting children.

Collins:  Could you say that Carlos. . .

Tate:  Carlos, I would give 99.9 percent of my judgment to say no.  He's, he's attracted to older, uh, my age, umm, and I just have a rule that I don't go below the law.  So, with him and I, it's a mutual thing, umm, but no I don't think Carlos would do that.

Miller:  Like I told you earlier Marcus, I want to be one hundred percent honest with you.  And that's all we are looking for.

Tate:  I hope so.

Miller:  But do you know anything about computer forensics?

Tate:  Computer forensics?

Miller:  Ever heard of the term, or know what it is?  Because if you. . .

Tate:  I've heard of forensic science from TV.  I guess it's diving into a computer and finding out it's history.  What its been used for.

Miller:  Yeah.

Tate:  I mean . . .

Miller:  That's pretty much in a nut shell, what it is. To go a little bit more in depth about it, we have forensic tools that are going to search your computers, ok?  The laptops.  The phones.  Anything like that.  Even if something has been deleted its really not deleted until its written over, ok?

Tate:  Ok.

Miller:  I don't think Marcus is a bad person.

Tate:  Yeah.

Miller:  I think Marcus is a genuine person, ok?

Tate:  Thank you.

Miller:  But the thing about it is, when I ask you a question I want you to be honest with me.

Tate:  Yeah.

Miller:  When was the first time you can remember yourself looking at pornography?  At what age?

Tate:  Oh my gosh.  10, 11.

Miller:  Ok.  That's fair.  And you're 32?

Tate:  34.

Miller:  34?  Ok.  So for 24 years huh, on and off, you have viewed pornography?  Not like an addiction.  Not like all day every day.  But what I am getting at is when you look at something for so long, its kind of like eating pie, like apple pie.  Now apple pie might be your favorite pie, but after awhile, you are going to get the taste for something else.  Ok?  It's the same thing with pornography.  Same thing with drug addiction.  Start out smoking a little bit of pot.  And we get that.  We understand that.  That's why, one of the biggest reasons why we are here, is whoever is doing it we want to help them.  Because the unfortunate part about it is if something is looking at child pornography, that's the reason why we are here.  And I'm sure you've figured that out by

now, is if it continues, we don't want it to continue, every person that we deal with struggles with this and they don't have anybody who they can talk to about it.

Tate:  Gotcha.

Miller:  It's hard to go to someone, its easy to go to mom and say hey mom I got a drug problem. I'm into prescription pills or whatever.  Its harder to find a way to go to mom and dad and say hey I've been looking at pornography for so many years, I got curious, I started looking at people, images under the age of 18, and for some reason it has just consumed me.  I try to get away from it.  Its just like someone would try to quit doing pills, or alcohol, or anything else they keep going back to.  That's where we come into play.  Because we don't want it to progress and become something larger.

Collins:  We're in the business of trying to rescue kids.  There are no kids in your house.  You said earlier that you and Carlos watch pornography together to try and get into the mood.

Tate:  Yeah.

Collins:  People who watch child pornography, its been proven statistically, for about 85 percent of those, desire to harm a child.  So you see the point he is making about viewing it or not, so when we, one of the reasons we work so hard to go out after people who are doing this because we hope we are catching them in a stage of life where they are in the cycle of viewing it and they are not touching kids.

Tate:  Yeah.

Collins:  That's our main concern.  We do this everyday because we want to raise good kids.

Tate:  I understand that.

Collins:  The great thing about your house here, you guys are both adults.  No kids come visit you, so, I know right off the bat right now that no matter what we do here tonight, its to rescue kids.

Tate:  Well I hope so.

Collins:  Do you see what I am saying?

Tate:  Yeah.  You're trying to rescue kids.

Collins:  In the future from now, so, the good thing is the person who is viewing child pornography here, at least what we know right now, there's not a kid in the house.  That takes one of our risk factors off the, that's one of the good things were thinking tonight, at least there is not a kid in here.  So, with that said, I think we will see more on the computer later.  If anyone has ever used any kind of software to download pornography

Tate:  Mmhmm.

Collins:  Adult pornography.  Child pornography.  We will know here in a few minutes if its in the computer.  Whether its yours, his, umm, and we're going to look at the router.  And they are going to, the forensic folks are going to go through the router and see some things.  The thing about the connection we made here, I have some evidence that tells me which computer, its an algorithm, and numeric algorithm.

Tate:  Yeah.

Collins:  That will tell me which computer we actually communicated with.  Because someone from your residence shared images of child pornography over the internet.  That's why we are here. Now,

Tate:  Ok.

Collins:  Go ahead, you was going to make a point.

Tate:  There is this program that I had downloaded on my app.  It was, I don't even know the name of it.  It was something like Limeware.  There's certain porn I like.  And there's certain actors I like.  And so with the Limeware you, I get like, all these files.  And, when I download them, I fail to review this stuff.  If something says like uhh, you know, kiddo, or pedo, or something like that, I delete that.  You won't find any pornography on my laptop or anything like that, that is illegal.  Because if anything has been downloaded that is questionable or whatever, I delete it.

Collins:  Ok.

Tate:  And I, I don't play around with that.

Collins:  Let's talk back.  So the program is Limewire?

Tate:  Yeah.  But, umm, I don't download, you guys asked me about movies and music videos, I don't do that, its, its,

Collins:  What device do you have that program on in there?

Tate:  Uhh, its my Lenovo laptop.

Collins:  Ok.

Miller:  Is it still currently installed on it?

Tate:  Yeah, the app is still currently installed.  And its like people that have these files, you, I don't know if they share with you or its basically like you download it from them and

Collins:  So if you would, let's go back and talk about when you first got that program.  How did you, how did you determine to use Limewire?

Tate:  Umm, well I heard that, you know, umm, I was looking up online downloading porno

Collins:  Did you use a chatroom?  Did you use Google?

Tate:  Google.

Collins:  Ok.

Tate:  And so I uhh you know I came across, I don't even know the name of it, it's like Limewire.  And I came across it.  I downloaded it.  And you know I type in, you know, umm, Tyler Moss, you know, different porn actors and stuff.  Umm, and then you know I would get a lot of stuff

Collins:  Did you have any times, you know, you said you liked certain kinds.

Tate:  Mmmhmm.

Collins:  So, would you put certain words in there to make sure you got certain kind of actors or not.

Tate:  Yeah, umm, I would put, like I said, I like young and legal.   And I would put like, you know, young and old.  Uh, you know, things like that. And it would just flood with different files.

Collins:  So, were you looking for, when you say young and old, were you looking for a young person with an old person?

Tate:  Yeah, cause that's what Carlos and I are.  Its more

Miller:  What would you define as young?

Tate:  18, 19.  I'm 34.

Collins:  So when you downloaded this program

Tate:  Mmhmm.

Collins:  And you started doing it, you said a word awhile ago, p, what did you say, you said you had deleted anything, what was that word?

Tate:  Stuff like pedo.

Collins:  Pedo.  Pedo?

Tate:  That's kid stuff.  Ummm, kiddo.  There's a lot of stuff that is on there that is, you know you would see, it's just like no.  It's just nasty stuff.

Collins:  So, when you say its nasty, did you watch it?

Tate:  What do you mean did I watch it?

Collins:  When you said this nasty stuff, what, what's that, when you see the pedo, or, what would that file typically be?

Tate:  Umm, it would have those words in it.  It would have pedo, or pre-teen, or stuff like that.

Collins:  And we are trying to be honest here so, I don't want to sugarcoat it, and I don't want you to say you did something that you didn't do but, if you viewed those, so if you did view those and delete them, we need to know that.  But if you never viewed them and just saw the file names

Tate:  Well, some of the stuff, I'm not going to lie, some of the stuff, once I download it, its in a file, and you know I would leave the computer on to download because it takes a period of time, so when I come back you would see some of the videos.  I would delete some of the videos.  I would keep the ones I wanted to keep.

Collins:  So would you do that at work?  At night?  How would you do that?

Tate:  Ummm, it would be, I guess, you know, in the evening time.  You know, umm

Collins:  How does that work?  So you put in the words you are looking for? And, so you would walk away and leave it and then it just do its thing

Tate:  Yeah.

Collins:  Then you come back and kind of see what they downloaded.

Tate:  Yeah.

Collins:  And when you did that you would have it in your folder?

Tate:  Yeah.

Collins:  So now that we have covered, what about this one.  You said earlier the youngest porn you had seen was somebody 18.  You have seen porn that may have been a child?

Tate:  Well when you are talking about seeing, I'm referring to just watching with sexual arousal. You know.

Collins:  I got you.

Tate:  Umm, have I ever seen, you know you go online, you see, you know, questionable porn and stuff like that. Yeah, but

Collins:  Let's talk about Limewire when you saw the pedos and you was viewing those.  And you said you deleted them? When you was viewing those, what would be the youngest one you would see on there?

Tate:  It's some sick people out there.  Toddlers.  There's some sick people out there.

Collins:  You're saying that could be artifacts on your computer, porn involving a toddler?

Tate:  I don't know how to, I mean all I can do is delete it.  That's what I did.

Miller:  How would you do it?

Tate:  I would just send it to the recycle box and empty my recycle box.

Collins:  So when you would, help me understand how this Limewire program works.  As  I told you earlier, I am going to be 49 so, these younger guys are a lot more tech savy than me.  But if it something you want to keep, how do you keep it?

Tate:  How do you keep it?

Collins:  Do you just save it in the program?

Tate:  You save it to a folder.

Collins:  What would a folder like that be?

Tate:  Just the folder on your desktop.

Collins:  Did you make that?

Tate:  The program would make it.  It's called My Shared Folder.

Collins:  So would you, is that where you kept them in My Shared or, what was on the desktop?

Tate:  My Shared.

Collins:  My Shared too on your desktop?

Tate:  Mmmhmm.

Collins:  And did the program make that or did you make that?

Tate:  The program, once you download it, automatically.

Collins:  So it automatically?

Miller:  Did you ever move any out of your shared folders to another folder?

Tate:  Umm, to the recycle bin.  I haven't used that program in a couple weeks now.  A few weeks now.  Carlos and I were bumping heads, you know, as far as, our relationship was getting rocky.  Umm, and, you know, I was trying to spice up things.

Collins:  We understand.

Tate:  I feel bad.  I feel embarrassed because I've never sat with guys and been like hey I watch porn, you know,

Miller:  The thing about it is, I hope you don't think that we are judging you because we're not.  We're really not.

Tate:  What I'm afraid of right now is stuff that has been downloaded on my computer that I have deleted, that, I'm sure you are going to find these things easily,

Miller:  Hang on just a second.  Hold that thought.  And I just, you know, wanted to touch up on something, follow up on something Bill was talking to you about.  You were talking about these names like pedo and kiddos, things like that, you know, when you get on there you have to type that in and then hit enter.  Like I said, if I wanted Garth Brooks, I would have to say Garth Brooks and hit enter. That's what we call a keyword search, ok?

Tate:  Ok.

Miller:  Those are actually logged and captured on the computer as well. Once you hit enter it looks like it disappeared.  So I'm wanting to be one hundred percent, I don't want Marcus to look like a bad person.  I don't want Marcus to look like a liar.  Have you ever used any of those search terms?

Tate:  Yeah.

Miller:  What kind of search terms have you used that yielded child pornography?

Tate:  I, I use search terms: "boy", umm, I guess when I first saw these videos, it was, it was a shock, because

Miller:  Like I said earlier, curiosity.

Tate:  Yeah, I'm sitting here like what the heck. And so yeah I typed in some stuff and, to see how extreme this stuff gets, but not with a predatorial mindset.

Collins:  I understand.

Miller:  But what all kind of things, and like I said, I

Collins:  You said to see how extreme it gets, were you kind of curious at that point?

Tate:  Well once I first saw the video, I mean, of little kids, I'm like, is this stuff real? And it's real. Umm, but like I said it wasn't an interest of a sexual nature, I was like is this stuff real? And so now I know why you guys are here, it's because of that stupid program.  But as far as distributing it, I erase it.  I don't send it to anybody.  I

Collins: Let me ask you this.  You are a therapist?

Tate:  Yeah.

Collins:  You work in therapeutic setting?

Tate:  Mmmhmm.

Collins:  You'll understand this.  We've seen this more than once coming from your internet so is it a thing that you're kind of drawn to it and then you get away from it and then go back?

Tate:  No.

Collins:  We talked earlier about addiction.  And I'm not saying you are addicted to it, but

Miller:  That curiosity comes back.

Collins:  And you keep going back and looking at it, so can you help us understand why this has happened kind of routinely and it looks to me like you do it a couple days, not do it for awhile.  Do it a couple days.  It almost seems like a cycle.

Tate:  Mmmhmm.

Collins:  Have you found yourself in that?

Tate:  I was intrigued, yes.  But, if you'll see, it's been a couple weeks.  I got sick of that stuff.  That stuff is, I, I, I guess I didn't, you know, how do I put it? I'm just, I'm done.  You know, I told myself, Marcus, this stuff, that is how people get incaptivated with that.  But that's not me.  And so I

Collins:  And correct me if I'm wrong.  It sounds to me like you have a little guilt ridden.  So I'm

Tate:  Yeah, because, it's, it's, it's horrible.  These kids will never be the same.  They're going to be affected by the rest of their life.  I mean,

Collins:  Let me ask you this.  Where you are right now in this state, have you been there before, just to find yourself looking at it again?

Tate:  No.

Collins:  And the reason I say that is we've got dates back in November.  And we have dates where nothing. Then we have dates in December, so it

Tate:  December?

Collins:  Yes.

Tate:  I haven't been on that in, this is the first time

Collins: It's been a couple of weeks

Miller:  It was the first week of December.

Collins:  We're talking two weeks.

Tate:  That's what I

Collins:  Like he said earlier, we are just trying to find people that are predatorial, where they are at, and ultimately I want you to be able to beat this cycle because if you beat this cycle, then I don't have to worry about that next cycle next step.

Tate:  There is no more cycle.  When I came across this, you know, did I want to see how extreme this stuff gets?  I thought I did.  But once I got a glimpse of it, no. And so that's why I closed the door to that.  But when it comes to enjoyable pornography, I am a

Collins:  Will you be honest with yourself as much as with me?

Tate:  Yeah.

Collins: When we watch pornography, and you even said earlier we all the same way, when we watch pornography, you get aroused.  You and Carlos even kind of incorporate it into your relationship.

Tate:  Mmhmm.

Collins:  It's hard to watch that.  And I understand the extreme stuff but, you're going back again, can you kind of tell me physiology, what is happening with you when you are doing that?

Tate:  I, it's one of those, I can't believe this rush.  Is this real?  Is this animated?  That's how that is.

Collins:  I know your preference based on some of these, etc., correct me if I'm wrong, you like older men with younger boys.  And you try to keep that around the 18 age?

Tate:  Yeah.

Collins:  But

Tate:  Carlos is the youngest guy I have ever

Collins:  And he's 19?

Tate:  Yeah.  He's 18.

Collins:  Y'all met when he was 18?

Tate:  He moved in when he was 18, yeah.

Collins:  But, I think that, somewhere in there, with this episode you are going through, there had to be more than wanting to see how far this is going.  And if you can explain the feelings and thoughts you are going through.  I know you are feeling guilty about it.  Because if we are talking about the cycles, I am glad you are on the upswing now.

Tate:  Yeah, I mean, I uh

Collins:  I want to make sure we don't ever go to the down swing.  The only way we can truly know you are not going to go on the down swing is if we are honest.

Tate:  Yeah.

Collins:   I think there has to be something in there.  Because you went a couple of weeks, get off, couple weeks, get off of it again.

Tate:  I would say mostly it was boredom. It wasn't any gratification.  Did I get hard?  No.  I'm sorry to say this but in my encounter with a sexual nature, the guy has to have some base in this throat.  So either it would have been out of boredom that I go online looking for something, then I'd be like let's check this out.  But as far as

Collins:  So you are saying you found yourself actively searching for the child pornography

Tate:  It wasn't

Collins:  It was curiosity to see what this looks like.

Tate:  More so, is this real.  Like, and if so, how can this stuff be so freely disbursed like this.  You know.

Miller:  Let me ask you this.  I almost called you Carlos, sorry about that. We got Carlos on it in there.

Collins:  Surely he will get it out of there.

Miller:  But uhh, what I am getting at is if I thought, if I was sitting at the house and I said I wonder what it would feel like to go and rob a bank.

Tate:  Mmhmm.

Miller: And I say alright, well, I put on a mask, get my gun.  I'm going to take my car and take the tag off the car.  Drive down to the bank.  Go in there and point this gun at this woman.  And I get away with it.  Does that make it alright because I was curious?

Tate:  No, uh, because you acted on it.

Collins:  Let me ask you this.  Have you showed this to Carlos?  Have you and Carlos sat down and

Tate:  No.  This is something that, it's disgusting.  It's not something that, you know, I am proud to have come across.

Collins:  So this is something you went through privately, your own self.

Tate:  Yeah.

Collins:  Has Carlos seen it and mentioned it to you separately? Or you just

Tate:  I deleted it.  That's the thing about it. I mean, I

Collins:  I guess what I am getting at, this is your secret.

Tate:  It's not really a secret.

Collins:  It's not a part of your all's relationship.

Tate:  Yeah, its not a part of our relationship.

Miller:  It's something like I explained later, it's something that you wouldn't talk to somebody about.

Tate:  No.  It's not something I'm proud of.  I mean if I would talk to someone it would be someone that can maybe help me get this stuff off the internet.  But how can I bring that up without people thinking that I am into that stuff? You know what I am saying? Um, so, God, it makes sense, yeah.  That's why you guys are here. I was trying to figure that out.  But um, no, I

haven't told anyone.  It's not something I, you know, am going to parade around.  Oh, I've come across kiddie porn and I don't know if it's real or fake.  How do you talk to people like that?  But all I do know is I did not distribute it.  I did not, you know, exploit any kids or nothing like that.

Miller:  Let me ask you about that. The folder on your laptop.  You said it was the program, correct?  What was the name of that again?

Tate:  My Shared Folder.

Collins:  Do you know what that's doing when it's My Shared?

Tate:  My Shared Folder.

Collins:  You understand how that program works.  Where did that file come from if you asked for it, where does it come from?

Tate:  The program.

Collins:  Where is the program getting it from?

Tate:  The internet.

Collins:  Do you know how it works from there?  Is it just on the internet? Does it take it from other people's computers?

Tate:  It's users, yeah.  It comes from other people's, you kmow.  Oh crap.  So if it hit My Shared Folder, people can take it from my folder?

Miller:  And that's what I have.

Tate:  Don't I have to give permission to download?

Miller:  You gave permission when you downloaded the program on your computer.

Tate:  Crap.  So you mean to tell me that, I don't even know what my username is, or anything like that, but, people can just tap into my computer and upload files that I downloaded?

Collins:  Photos thats in your My Shared Folder.

Miller:  Because those files in that folder are saying hey, everybody on this network, I have these files available for share and if they want those files, you have those files, and then they can

Tate:  So having those is that illegal?

Collins:   There is no legal way to obtain, view, or possess child pornography.   Adult pornography is a totally different thing.  File sharing.  If you are not doing illegal activities, file

sharing is not illegal.  But if you are doing file sharing and conducting illegal activities, then it's illegal. In your computer, right now, is there any illegal files in or on your computer?

Tate:  No.  No, I've deleted it.  I wish, I mean haven't been on it in like two weeks.

Miller:  How many files total, not just, like total files, how many files do you think are in your shared folder?

Tate:  None.

Collins:  Any adult?  Any files?

Tate:  When I deleted it because, you know, umm, I don't know why, I felt like I had enough of that program. I don't want anything else to do with that program.  So that's why I do Pornhub and Hamster, legal stuff, because I was done with that. And I'm still done with that.  If you all want to take the computer and completely break it down and get the crap out, by all means, do it.

Collins:  Back when I told you earlier, I'm more worried about your cycle.  I'm more worried about you coming back to it.

Tate:  I want to assure you, and I know you hear this all the time, coming from a therapeutical approach, that is done.  That is not something

Collins:  And I understand that.  I want to know more about your struggle.  I know it's a struggle with you.  I know that you are, here is the thing.  Good people do this.

Tate:  Well, it's

Collins:  It's the same.  Let's say I was talking to you and I was addicted to heroin. And I was talking to you and you was my counselor and I'm saying I'm done with that.  What would you tell me my pitfalls are?

Tate:  Being around it.

Collins:  What others might be pitfalls.  I mean, what do I

Tate:  Being around people who use it.

Collins:  What about what's happening inside of you?  What about what's happening in here. What do I have to be aware of?  I have to be self-aware, don't I?

Tate:  Yeah.

Collins:  Triggers.  So, when you quit in November

Tate:  Mmhmm.

Collins:  There was a trigger, something happened, that got you back again in November, and back again the first of December.  Think back to when that happened.  What triggered you to get back to that?  It was like you moved forward.  This is not the first time you have quit doing this. I think you quit in November, because there are periods when you don't do it.

Tate:  Mmhmm.

Collins:  That's a sign to me as an investigator of your inner struggle.  So when you find your, what was your trigger that brought you back in December?  We need to know that trigger, so, in January, you won't do it again.  Out of, boredom.

Tate:  Umm, like I said, Carlos and I have had some struggles.  There would be times where he would, you know, umm, be out, and you know

Collins:  You would be home alone?

Tate:  Yeah.  And boredom, you know

Collins:  So out of boredom you say I am going to get on this Limewire and look at porn, and not only porn, you want to pull some child porn in it.  Would you be disgusted at that point, and be like I can't do this anymore?  Or how did that work?

Tate:  It was more of a intrigue, like, is this real?  You know, that's, that's really like I said before, I'm saying again, and I'm not changing my story, is this real? Is this animated?

Miller:  Whenever you was watching would it be primarily videos that you would watch?

Tate:  Yeah.

Miller:  Or a mixture of videos and images?

Tate:  It would be primarily videos.  I mean, I

Miller:  What's the longest video of child pornography you think you have ever viewed?

Tate:  Longest.  Off and on, 20 or 30 minutes, I don't know.

Miller:  I mean like a single video.  So you're, I'm just trying to make sure

Collins:  Was that a 30 minute video that you watched?  Was it one video that was thirty minutes long that you watched?

Tate:  Yeah, some of them are long but, you know, my computer don't download too long of things.  It's it's

Miller:  The longest single video you watched is 20 to 30 minutes?

Tate:  About that.

Collins:  How old do you think the child was in that one?

Tate:  The was the question right there. Umm, they looked, I don't know, close to 18.

Collins:  You said earlier you saw a toddler.

Tate:  Yeah, that was the youngest.

Collins:  Was that a video?

Tate:  That was a video.

Collins:  What, so, from toddler to somebody 18, somewhere in there you have seen on those?

Tate:  Yeah.

Collins:  Have you seen, we have infant, toddler, we got pre-pubescent, have you seen pre-pubescent people on there, its like

Tate:  It's a whole mixture of stuff, all things.  It's like, there is even some beastiality stuff on there.

Collins:  It involves kids?

Tate:  No. I think it's adults.

Collins:  If it involves an adult, I'm not worried about that.

Tate:  Well I just assure you both, that I don't have an addiction in a predatorial or perverse way.  It was more out of boredom and curiosity.  Umm, and I closed that door.  Knowingly, I did not know that people could tap into My Shared Folder and pull stuff out.  So, yeah, I didn't have the intent to do anything illegal.  That wasn't my mindset.  I wasn't trying to scope up, you know, kids and get aroused by it.  It was more reality, is this real?

Miller:  I am going to read you a couple file names and see if they sound familiar, ok?

Tate:  Ok.

Miller:  Let's do this.  About the search terms again, you said you used search terms like "boy" and "young", what are some of the other ones that you used?

Collins:  Did you ever type in "pedo" you talked about that?

Tate:  Yeah, I typed that in because when I first seen that and it was like what?

Collins:  You know what "pedo" is short for, or does it mean anything to you when you hear that?

Tate:  I would say that is short for, probably pedophile.

Collins:  Any other, you said that you, did you ever put age limits, some people put numbers in there.  Did you ever put age numbers in there?

Tate:  Yeah.  I put umm ages.

Collins:  What kind of ages have you used?

Tate:  You know honestly I have probably put all ages just to see is this stuff legit.

Collins:  When you say all ages, are you talking about infant, 1, 2, 3, 4 and all the way up?

Tate:  Yeah.  Because this, you know, it, I couldn't believe this stuff was on there, I was intrigued, and you know, out of curiosity I

Miller:  Have you ever used PTHC?

Tate:  PTHC? Yeah, that's a file that is on there.

Collins:  Do you know what that stands for?

Tate:  No.

Collins:  Did you, did you, how did you know to put that term in there?

Tate:  Cause I saw it on some files.

Collins:  When you saw one, you just remembered it?

Tate:  Mmmhmm. Yeah, well you see it and then you type it in and you're like, yeah.

Collins:  When you type that in, what would that bring back?

Tate:  PTHC?

Collins:  If you don't know, it's fine, just say you don't remember.  But you did type PTHC in here?

Miller:  What about "boy love"?  Do you ever use that one?

Tate:  That was a common one.  That was a common one.

Miller:  Boy/man?

Tate:  That was a common one too.  They had

Miller:  Did you ever use "gay boys" or anything like that?

Tate:  That's where I started out.  Because usually when you use the terms "boy" it's 18, or at least that's been my experience.

Miller:  You ever search specifically for any web cam videos or anything like that? Like bib cam? Feets cam, stuff like that?

Tate:  That's all been on that list.

Collins:  Do you remember the terms that you see?  Do you write those down?  Some people write them down so they remember them.

Tate:  No, I don't write them down.

Collins:  So is there a post it pad or a notebook that has everything?

Tate:  When you see the file, and then click on the file, and then it would search the files with that name.

Collins:  Got you.

Miller:  The first file name is PTHC.  Black man, excuse my language, but I have to read what it says, black man fucking a cute ten year old little boy, hot, there are three more black man, pthc, pedo, gay.

Tate:  Yeah that's all the stuff that's on that list.

Miller:  Ok. There is Z99 boy love boy, plus man, man sucks and fucks.

Tate:  All that stuff is on there.  It's amazing.

Miller:  Three little

Collins:  You remember seeing all those on there?  Those terms don't sound foreign to you?

Tate:  No.  They don't sound foreign because once you type in something, there's hundreds of files under different words, different people's

Miller:  Have you ever used "gay pedo"?

Tate:  That sounds familiar.

Miller:  Alright. Do you want me to read you some descriptions of these videos to see if you have ever

Tate:  No, I mean, it's nothing I'm proud of.  It's nothing that I parade.  It's a regret that I even downloaded the stupid app to start with, trying to look for, you know, porn.

Miller:  If you had viewed it with Carlos, that's fine, we just need to know.

Tate:  No, no.

Collins:  Uhh, how did you first meet Carlos?

Tate:  Carlos and I we met on a dating app.

Collins:  Tinder?

Tate:  No.  Hornet.

Collins:  Hornet? I'm not familiar with that.  Is that, he was 18 when you met though?

Tate:  When we first started talking Carlos was 17.  He turned 18 after we made it kind of official.

Collins:  You said he had a troubled past.  Did he share that with you then or?

Tate:  What do you mean?

Collins:  You said he was going through some things when he moved in?

Tate:  Yeah.  When, because Carlos comes from a broken background.  When he moved in, it was healing for him.  He wasn't used to that, support, that I care about him. So, with this file, can you all clear out my computer? Wipe it all out?

Collins:  Well, I mean, computers can be wiped, there are programs that can be used to do that.

Tate:  Because I don't want, I don't want anything else to do

Collins:  First we have to forensically examine it.

Tate:  Ok. How long does that take?

Collins:  It depends on how big your hard drive is.  Let me ask you this, back to Carlos, were you and him sex involved before he turned 18? Now he can consent, but

Tate:  Mmhmm.

Collins:  Did you all have sex before he turned 18?

Tate:  Yeah.

Collins:  And were you in a relationship?  Is that when he was still living at home?

Tate:  It was kind of like a long distance, you know, relationship.  Umm, but when I first met him, and he'll vouch for this, he told me he was 18.

Collins:  Ok.

Tate:  That was the reason we got involved.  Then he comes and tells me that he is 17.

Collins:  So after you met, he was 18?

Tate:  Mmhmm.

Collins:  Or I mean he told you he was 18?

Tate:  Yeah.

Collins:  Y'all had sex, then he says, by the way, I'm 17.  Did you have sex after that?  You continued?

Tate:  I continued.  I forgave him for lying.  But at that time, the bond

Collins:  The relationship was already started.

Tate:  It had already started.  And then I worried about him because there were moments where he would have food and lights and all this stuff so, no, I didn't just close the door and walk away.  But never have I forced myself on him, or anything of that sort.

Collins:  And when we're talking sex, are we're talking anal, oral, both?

Tate:  Mmhmm.

Collins:  And y'all continued your relationship through 17, and now he's 18, and when's his birthday?  Is he going to be 19 soon?

Tate:  He's going to be 19 in May.

Collins:  Your relationship is going to be two years old in May?

Tate:  It will be a year and a couple months.  We met in February.  And that was a few months before he turned 18.  But like I said, when we had first started talking, he was on an adult dating app.  He told me he was 18, and that was that.

Collins:  So in what year, in what month of his 17th year did you guys meet?

Tate:  February.  That would have been three months before he turned 18.

Collins:  And how many times do you think, you had sex once and he told you he was 18?  Or did you have sex multiple times before he told you he was 18?

Miller:  He told you he was 18 but he was 17.  How many times do you think you had sex with him until he said he was 17?

Tate:  Once.

Collins:  So then he told you he was 17.

Tate:  Mmmhmm.

Collins:  How many times in the next three months did you have sex with him after you knew he was only 17?

Tate:  Umm, we only saw each other once or twice a month.  I would say two or three times.

Collins:   So, at most, let's just say, at most, if it was once a month, it was three times, twice a month it would have been six, so somewhere between three and six times you and him

Tate:  It was a couple months

Miller:  Where was he living at then?

Tate:  He was living down in Corbin.

Miller:  So you drive from Frankfort to Corbin to go see him?

Tate:  He was living with his sister and her husband and living environment, it was horrible.  Umm, bugs, like I said, you know, no water and lights sometimes, so I created a bond with him.  But I wasn't searching for anyone under 18.  Like I said, he'll tell you that he lied.  But, I forgave him.  And by that time, the relationship had been established.

Collins:  So then you all were, as I say approaching two years, and it's fallen on rockiness but it's

Tate:  It's approaching.  Right now, then I started the relationship in February, so we're just in December, so it's not even a year yet.  Umm, the relationship got rocky back in August.  The reason why it got rocky is because he had messaged someone on Facebook asking why they had liked my pictures.  I was doing a thing about racism.  And why did they like all my pictures.  And the guy told him that him and I were talking and that wasn't true.  So, instead of coming to me, he thought within himself, Marcus is cheating on me.  And so, it just, that trust back to

Collins:  Infidelity. He was accusing you?

Tate:  Yeah.  And so it got kind of funny because just a couple days ago, him and I had a little argument and he told me, he brought that up and says, the reason why things have been this way is because back in August I got this message from this guy and he sent me screen shots

Collins:  And you didn't know about it until recently.

Tate:  So then what I did was looked him up on Facebook.  I went back because I remembered the guy's first name so I go through all of my messages all the way back to August, bring up the conversation and show him that I told the guy I am not looking for anything more than friendship, because I have a lover.  Once he saw that

Collins:  Things changed back to normal.

Tate:  I mean, I feel like with this, I didn't even know that, it really had never crossed my mind that taking stuff off, and it wasn't like I was keeping, you know, the files, you know, I was deleting the files.

Miller:  You were searching for it, downloading it, and viewing it.

Collins:  I am going to ask you this.  You realize that was illegal?  Child pornography is illegal.

Tate:  Yeah, but that was like I said, where I was, I was trying to figure out if it was real.  It wasn't like this , oh I want to collect all of this stuff and be the king of child porn.  No.  It was to see if people really do this.  So

Miller:  So what did you find out?

Tate:  People really do this. And that's why I closed the door weeks ago.  You said the first of December?  That door has been closed.

Collins:  Is there anything that we missed, that you want to come clean and talk about, is there anything that we haven't asked you that you need to tell us?

Tate:  Now that I know why you guys are here, I told you everything.  Is there anything that you want to know that I haven't told you?

Collins: Sometimes people talk.

Tate:  Mmmhmm.

Collins:  And you done counseling enough to know that sometimes people wait for you to ask that right question.  If he asks it, I'm telling this time, I am going to tell him.  You want to come clean but if you don't ask it, I'm not telling it.  That's what I'm asking.  Is there anything on your mind?

Miller:  Is there anything else on your computer that you have told us or talked to us about that we are going to find?  Just thought you want to tell us about it before we find it.

Tate:  The stuff you find will come from that stupid program.

Miller:  What was the name of it again?

Tate:  Umm,

Miller:  Did it look like a little lime or lemon icon?

Tate:  It looked more like a flower.

Collins:  Like a green flower?

Tate:  Yeah, like a green flower.  That's it.  I mean, I didn't know, I know you guys hear this all the time, I didn't know that would cause such a big thing.  I thought after I deleted it and was done with it, it was done.  You know, I've been trying to move on.

Miller:  I don't think you understood Bill a little while ago.  Or I may have not heard or misunderstood you right, but did you know that child pornography is illegal?

Tate:  I know distributing it, yeah, it's illegal.

Miller:  And did you know that viewing it

Tate:  I did not know viewing it was illegal.

Collins:  Viewing, possessing, distributing, and definitely making it.

Tate:  Yeah, of course I know that is illegal.  But I felt like after viewing it and deleting it, you know

Miller:  But it's something that didn't accidentally come on your computer though?  It was something that you physically come across and out of curiosity

Collins:  You actively searched for it.

Miller: You actively searched for it.

Tate:  Yeah.

Miller:  So what I am getting at, if you know that it's illegal to make it, then why wouldn't it be illegal to download it and view it?

Collins:  Well I think he agrees it's illegal.  The sharing part is what you were trying to limit.

Tate:  Yeah, I wasn't trying to share it.  Like I said, after I watched it, you know, I would delete it.

Collins:  Your purpose was to download it, watch it, then delete it?

Tate:  Yeah, I wanted to see if this was either real or not, and, you know, some of it to me still feels like it was animated and fake, and some of it was like, who could do this?  Is this their kid?  You know.

Collins:  Let me ask you another personal question.  Were you abused as a child?

Tate:  No.

Collins:  Are you aware if Carlos was abused?

Tate:  Sexually, no. Physically, yeah.  He had been locked in rooms.  You know what, I'm, I'm, I'm not trying to sound perverted or nothing but that stuff intrigues me, the mindset of people, you know.  I guess that is the therapist coming out of me, but I assure the both of you, it wasn't a predatorial, sexual nature, with me just sitting here getting aroused with it.  It was more of, is this real or not?  Should I have done it?  No.  I shouldn't have been wasting my time, bored or not.  I got a lot of things I could do.  Did I walk away from it, did I stop?  Yeah.  I mean, I didn't know like if I rob a bank.  I have the money.  I have a choice.  I can take the money, or I can go to the police station and say, hey, I robbed a bank.  But when you're like, when I downloaded this, I don't know of an alternative.  Do I go to the Sheriff and say hey I come across this can you guys get this off my computer, I don't want nothing to do with it.  You know.  That's what I'm saying.

Miller:  You know we actually had people do that before.

Tate:  Really?

Collins:  Do you have a password on your Lenovo?

Tate:  Yeah.

Collins:  Do you care to tell me what that is?

Tate:  I mean, this is really getting intense, but, it's um, if, there is no porn on there, but I do have credible information.

Collins:  If you are publishing a book

Tate:  Mmhmm.

Collins:  We are not going to bother your book.  In fact, if you are doing something that you want to publish, we will make sure you have that.  What she is, what they are trying to do in there now is they are going to interrogate your router, do some things, and they are also going to look at your computer.  Now, we can take the hard drive out and do it that way.  But it's going to be quicker and easier if we had the password to look at it logically.  There's a, do you see what I am saying?  Now if you want to give it to us, fine, if you don't.  But

Tate:  There is nothing to hide porn wise on there so

Collins:  Ok.

Tate:  It's 3-4-8-3.  That's my birthday.

Miller:  Is that your password for everything that you have?  Like your phone and tablet and everything?

Tate:  Yeah.  This is horrible.  So because I did this, will I have to register as a sex offender?

Collins:  Let's not get too far ahead.  Here is what we are going to do.  We're doing an investigation.  They are looking at stuff while we are talking to you. And what we are going to try and do, we are going to take what you say, and what we find, and from there there is a decision made that involves either the Commonwealth Attorney, the investigator, maybe even the grand jury.  All of that is going to come into play.  So, I can't sit here and tell you right now one hundred percent what is going to happen.  This is me trying to be honest with you. Now

Tate:  You guys told me in the beginning, like, I have the right to an attorney, I have the right to be silent, I feel like I have poured out my heart to you all.

Collins:  Would you agree that we have been fair with you.  We haven't pressured you.  We have been fair.

Tate:  Yeah, man I agree with that but it's like I don't need help because this isn't a fetish of mine.  But, like

Collins:  You mean you don't need help like as in counseling?

Tate:  Yeah, I don't need help as in counseling.  I mean

Collins:  You said earlier, you even asked if we could wipe your computer.

Tate:  Yeah, because I don't want anything to do with that stuff.

Collins:  You want to be done with it.

Tate:  Yes.  That's what I'm saying.  I mean

Collins:  We're here talking in the van.  We have shared a lot of feelings.  We shared a lot of thoughts.  We have shared things that you will probably not tell anyone else in this world.  We talk to people like that every day.

Tate:  You guys got a hard job.

Collins:  And so, here is the thing.  I am not going to go home and tell my wife, my kids or anybody what we talk about in here.

Tate:  So is this, can I ask you this?  Because it's been a month that I even started this.  And it was solely because I was in between jobs. It was boredom.  It started out with a porn search, ended up with all of this.  Am I going to get arrested?

Collins:  It is possible that you could get arrested.  It is possible that you could have to register. It is possible that you could go to jail.  All those things are possible.  I am not telling you that any of that is going to happen.

Tate:  I didn't willfully, purposefully distribute this. And it wasn't like I

(inaudible)

Tate:  It was all deleted. I just deleted it all off my computer.

Collins:  We are getting ahead.  We are getting ahead of that.  I can't, neither one of us can fully answer that question, or even give you on it.  Now listen, if what you said to me, fully matches what is on your computer, when we sit down and talk to those people, and that decision is made, every word that you said will be presented.  See, that is the only fair way to do it.  Would you agree?

Tate:  Yeah.

Collins:  I am going to present your side. Because you are over here telling me, your side, how you came to this point.  Because there was some things that happened in your life, a few months ago, that lead to us being here.  Would you agree to that?

Tate:  A month ago, yeah.

Collins:  So tell me, what I am saying is, we weren't just driving by here and said hey, this looks like a good place, let's pull in here.  There were certain things that were facilitated by you, on

your computer, using the Limeware, that lead to you and me and Detective Miller sitting in this van. Would you agree to that?

Tate: Yeah.

Collins: And so that's what we are here now trying to figure out, what that is, and how we, where we go from here. And I think we've come a long way to this point. I hope when you step out of this van, that you never look at child pornography again.

Tate: It's done. Like I told you, you could go see, I have not been on it since, you said the first of December?

Collins: First week of December.

Tate: With that, I mean, it's done. It's not like I'm planning on going back to it. I'm not planning on looking at it again. That's why I'm like, I want all this off.

Collins: They know we can see in those windows. You know how dominoes hits, and they fall. It's a chain reaction. But, I think you would agree, and if you don't tell me, the reason we are sitting here is because whenever you downloaded that program in November, that's when you started in November. The first time I think we saw you was in November. But, those actions, back and forth, cycles you were going through lead us to here. I'm glad right now you are not doing it.

Tate: Yeah. I'm not doing it. It's just like, for the first time in a month, I feel like I'm picked up. I started a new job. I'm moving forward. Carlos and I are good. That stuff is done and I don't want it to destroy anything. It's not like I've been doing this for years, or I'm involved in some chain. I hate that I did it. I really do. I hate that I got bored and wanted to see if the stuff is real or not. I hate that it intrigued me. I do. I despise that.

Collins: I'm glad you are in that place right now. It says, you're in that guilt ridden, I'm not going to do this place.

Tate: It's not a guilt like I was, you know, interested in doing that, acting on that, or aroused by it. It's the guilt that I had any affiliation with it. That is not something that you want people to know. Oh you were watching kiddie porn, why? People aren't going to believe oh I couldn't believe it was real. It intrigued me. People aren't going to believe that. They are going to believe I am a pedophile. And that is not me. I'm not this person that's like, oooh, little kid, come here. Right now, I'm really, God I have been working so hard to

Collins: Sounds to me like you're more, you're more disgusted with yourself than anything.

Tate: I'm disgusted that I spent all this time, or wasted the time. I could have been doing something more productive. Yeah, I'm disgusted. All I was doing was sitting around filling out applications, and porn, and TV and eating. Gosh I wish there was something else.

Collins:  Where are you working at now?

Tate:  Rest Care Community Alternative.  I just got an awesome position and I

Collins:  Do you have a degree in social work?  Is that what it is?

Tate:  No, I don't have a degree yet.

Collins:  Working on it?

Tate:  I'm sorry.

Miller:  Oh, you're fine.

Tate:  I'm so pissed at myself for doing this.  I mean, even though I am not still doing this, but I did it.

Miller:  Do you feel like we have been fair with you though so far?  What I mean by fair is being honest with you about everything.

Tate:  Somewhat I do.  I feel like if I didn't cooperate and talk, you know, whatever you guys were going to do you were still going to do, and I want to cooperate, but

Collins:  Here's the thing.  We never force nobody to do anything.  We did have a search warrant.  As we told you earlier, we are going to search your house and your computers to find out what is going on. I owe it to you.  I owe it to everyone.  But I can tell you one thing, we will one hundred percent always do what is right.  You know, and uh, if right is you not going to jail tonight, that's what we are going to do.  If right is you go to jail tonight, that's what we're going to do.  We are always going to be fair.  We're always going to be honest.  We are always going to treat you with respect, dignity, no matter what. You can tell me anything in the world and I am still going to treat you

Tate:  Can I get some water?

Collins:  You sure can.  Do you have some in there?

Tate:  Yeah I do.

Miller:  Do you have anything else Bill?

Collins:  I'm good.

Miller:  The time now is 17:28.

Tate:  Can I use the restroom too I mean?