# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA ( | |
|     Plaintiff, ( | |
| ( | Criminal Action No. |
| ( | 3:21-cr-00007-GFVT |
| V. ( | |
| ( | |
| MARCUS TATE, ( | |
|     Defendant, ( | |
| ( | |
| ( | |

## ORDER ON
## MOTION TO WITHDRAW GUILTY PLEA

Upon Motion of the Defendant and good cause having been shown, it is hereby ORDERED that Defendant is permitted to withdraw his guilty plea.

SO ORDERED this the _____ day of _____, 2022.

_____
GREGORY F. VAN TATENHOVE
U.S. DISTRICT COURT JUDGE
E.D. OF KENTUCKY